# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:        [202] 502-2888

http://www.jpml.uscourts.gov

May 17, 2006

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
Rec'd 6/8/06
★ MAY 19 '06
**BROOKLYN OFFICE**

Re: MDL-1596 -- In re Zyprexa Products Liability Litigation

(See Attached Schedule of CTO-49)

Dear Mr. Heinemann:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on <u>May 1, 2006</u>. As stipulated in Rule 7.4(a) of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By
Mecca S. Carter
Deputy Clerk

Attachment

cc:   Transferee Judge:      Judge Jack B. Weinstein
      Transferor Judges:     (See Attached List of Judges)
      Transferor Clerk:      Richard W. Wieking

JPML Form 36

**A CERTIFIED TRUE COPY**

MAY 17 2006

ATTEST

FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY     2006

FILED
CLERK'S OFFICE

*DOCKET NO. 1596*

## *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION*

### *(SEE ATTACHED SCHEDULE)*

### *CONDITIONAL TRANSFER ORDER (CTO-49)*

On April 14, 2004, the Panel transferred six civil actions to the United States District Court for the Eastern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 548 additional actions have been transferred to the Eastern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Jack B. Weinstein.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of New York and assigned to Judge Weinstein.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of New York for the reasons stated in the order of April 14, 2004, 314 F.Supp.2d 1380 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Jack B. Weinstein.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of New York. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAY 17 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

Case 3:06-cv-01477-MJJ   Document 5   Filed 09/22/06   Page 3 of 13
Case 1:04-md-01596-JBW-RLM    Document 567    Filed 05/19/2006    Page 3 of 13

PAGE 1 of 9

## SCHEDULE CTO-49 - TAG-ALONG ACTIONS
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

DIST. DIV. C.A. #                    CASE CAPTION

CALIFORNIA NORTHERN
CAN 3  05-4829 SC        Amber Brennan v. Eli Lilly & Co.
CAN 3  05-4830 WHA       Marlene Romero v. Eli Lilly & Co.
CAN 3  05-4832 JSW       Anita Hollowell, et al. v. Eli Lilly & Co.
CAN 3  05-4833 CRB       James Saleeby, etc. v. Eli Lilly & Co.
CAN 3  05-4892 MJJ       Carolyn Seward, et al. v. Eli Lilly & Co.
CAN 3  05-4895 WHA       Steven Leeper v. Eli Lilly & Co.
CAN 3  05-4902 WHA       Russell Halterman, et al. v. Eli Lilly & Co.
CAN 3  05-4908 MJJ       Zachary Gilman v. Eli Lilly & Co.
~~CAN 3  05-5009~~          ~~Clarence King, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06
~~CAN 3  05-5011~~          ~~Shannon Harbison, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  05-5013 WHA       Leonard Ward v. Eli Lilly & Co.
CAN 3  05-5029 PJH       Michelle Gerst, et al. v. Eli Lilly & Co.
CAN 3  05-5032 PJH       Rose Marie Marchiny v. Eli Lilly & Co.
CAN 3  05-5033 MJJ       Coreen Hansen v. Eli Lilly & Co.
CAN 3  05-5074 MHP       Willie Evans v. Eli Lilly & Co.
CAN 3  05-5077 WHA       Shannon Miller v. Eli Lilly & Co.
CAN 3  05-5078 SC        Joshua Hudson v. Eli Lilly & Co.
CAN 3  05-5093 PJH       David Strawn v. Eli Lilly & Co.
CAN 3  05-5094 PJH       Jim Ayala v. Eli Lilly & Co.
CAN 3  05-5096 JSW       Michael Keizur v. Eli Lilly & Co.
~~CAN 3  05-5149~~          ~~Thomas Partlow v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  05-5150 WHA       Jeffrey Oldewurtel v. Eli Lilly & Co.
~~CAN 3  05-5152~~          ~~Michael Horton v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  05-5153 MMC       Christopher Parlato, et al. v. Eli Lilly & Co.
CAN 3  05-5266 SBA       Duane Long v. Eli Lilly & Co.
CAN 3  05-5267 PJH       Fausto Gutierrez-Cruz v. Eli Lilly & Co.
CAN 3  05-5268 MJJ       Harlan Kenyon, et al. v. Eli Lilly & Co.
CAN 3  05-5269 JSW       Mark Conder, et al. v. Eli Lilly & Co.
CAN 3  06-31 JSW         Jeannie Swartz v. Eli Lilly & Co.
~~CAN 3  06-35~~            ~~Rose Cook, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06
~~CAN 3  06-40~~            ~~Tammie Pinkney v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-41 WHA         Artisha Easterly, et al. v. Eli Lilly & Co.
CAN 3  06-248 EDL        Patricia Glace v. Eli Lilly & Co.
CAN 3  06-252 WHA        Howard Gilbert, et al. v. Eli Lilly & Co.
CAN 3  06-253 JSW        Debbie Holden v. Eli Lilly & Co.
CAN 3  06-894 WHA        Daryl Paul v. Eli Lilly & Co.
CAN 3  06-895 PJH        Eugenne Salmon v. Eli Lilly & Co.
CAN 3  06-896 TEH        Debra Mcclelland v. Eli Lilly & Co.
CAN 3  06-897 SBA        Pamela Blish v. Eli Lilly & Co.
CAN 3  06-898 MMC        Celita Finney v. Eli Lilly & Co.
CAN 3  06-899 SC         Duane Windom v. Eli Lilly & Co.
CAN 3  06-900 WHA        Jerome Dennis v. Eli Lilly & Co.
CAN 3  06-901 MMC        Timothy Lee v. Eli Lilly & Co.
CAN 3  06-903 WHA        Kimberly Fortunato v. Eli Lilly & Co.
CAN 3  06-904 SC         Floretia Harris v. Eli Lilly & Co.
CAN 3  06-905 TEH        Della Collins v. Eli Lilly & Co.
CAN 3  06-952 SC         Constance Heg v. Eli Lilly & Co.
CAN 3  06-955 SBA        Ollie Dotson, et al. v. Eli Lilly & Co.
CAN 3  06-956 PJH        Anthony Hardenbrock v. Eli Lilly & Co.
CAN 3  06-957 MJJ        Linda Wright v. Eli Lilly & Co.
CAN 3  06-958 WHA        Ronald Rarric v. Eli Lilly & Co.

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)

| | | |
|---|---|---|
| CAN 3 | 06-959 ST | Philip G. Roulo, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-960 JSW | Richard Anderson v. Eli Lilly & Co. |
| CAN 3 | 06-961 WHA | Paul E. Boring, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-962 MJJ | Silas Bennett, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-965 MJJ | Rhona Smith, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-966 MMC | Sherry Stone, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-967 MJJ | Timmons Hill v. Eli Lilly & Co. |
| CAN 3 | 06-968 SC | Violet Adamovich, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-969 WHA | Laurie Woloszyn v. Eli Lilly & Co. |
| CAN 3 | 06-970 PJH | Tania Rupert, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-972 PJH | Vickie Abasta v. Eli Lilly & Co. |
| CAN 3 | 06-976 TEH | Anthony Jackson v. Eli Lilly & Co. |
| CAN 3 | 06-979 SC | Estella Mullings v. Eli Lilly & Co. |
| CAN 3 | 06-981 MMC | Cheryl Hill v. Eli Lilly & Co. |
| CAN 3 | 06-983 SC | Aaron Roberts v. Eli Lilly & Co. |
| CAN 3 | 06-984 MHT | Mary Willhoite v. Eli Lilly & Co. |
| CAN 3 | 06-987 PJH | Tuesday Golden, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-989 MMC | Vag Mayi v. Eli Lilly & Co. |
| CAN 3 | 06-990 MJJ | Constance Fuller v. Eli Lilly & Co. |
| CAN 3 | 06-991 MJJ | Louise Rodriguez v. Eli Lilly & Co. |
| CAN 3 | 06-994 MHT | Jason Evans v. Eli Lilly & Co. |
| CAN 3 | 06-995 TEH | Aaron Kirkland v. Eli Lilly & Co. |
| CAN 3 | 06-996 PJH | Laura Dalena v. Eli Lilly & Co. |
| CAN 3 | 06-997 MMC | Roger Mount, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-998 SC | Teresa Brando v. Eli Lilly & Co. |
| CAN 3 | 06-999 ST | Linda Hilton v. Eli Lilly & Co. |
| CAN 3 | 06-1001 MHT | Adam Santucci v. Eli Lilly & Co. |
| CAN 3 | 06-1003 MJJ | Assefa Enkuneh v. Eli Lilly & Co. |
| CAN 3 | 06-1004 MMC | Linda Tafoya-Bassett, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1005 MMC | Cheryl D. Adams v. Eli Lilly & Co. |
| CAN 3 | 06-1006 SC | Kathleen Koche v. Eli Lilly & Co. |
| CAN 3 | 06-1007 MMC | Juan Saffold v. Eli Lilly & Co. |
| CAN 3 | 06-1008 JSW | Gloria Scott v. Eli Lilly & Co. |
| CAN 3 | 06-1009 JSW | Mary Smith v. Eli Lilly & Co. |
| CAN 3 | 06-1010 PJH | Craig Lucas v. Eli Lilly & Co. |
| CAN 3 | 06-1011 MMC | Charmine Laney v. Eli Lilly & Co. |
| CAN 3 | 06-1013 SC | Karen Jones v. Eli Lilly & Co. |
| CAN 3 | 06-1023 JSW | Pat Colvin, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1024 WHA | Charles H. Butler, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1025 TEH | Bart Russell v. Eli Lilly & Co. |
| CAN 3 | 06-1026 MMC | Deborah Hargraves v. Eli Lilly & Co. |
| CAN 3 | 06-1027 MMC | Robin Mcgowan v. Eli Lilly & Co. |
| CAN 3 | 06-1028 PJH | Josie Miller v. Eli Lilly & Co. |
| CAN 3 | 06-1029 MJJ | Ralph Cole v. Eli Lilly & Co. |
| CAN 3 | 06-1031 WHA | Theodore Comer, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1033 WHA | Craig Green v. Eli Lilly & Co. |
| CAN 3 | 06-1034 JSW | Judith Kokesh, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1035 SC | Hollis Greenspan v. Eli Lilly & Co. |
| CAN 3 | 06-1036 MMC | Mildred Robek, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1037 JL | Linda Rockman v. Eli Lilly & Co. |
| CAN 3 | 06-1039 MJJ | John Molinaro, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1040 WHA | John Wardlow v. Eli Lilly & Co. |
| CAN 3 | 06-1041 MJJ | Henry Wolfe, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1042 MJJ | Karlina Ann Temple, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1043 WHA | Scott Murphy v. Eli Lilly & Co. |
| CAN 3 | 06-1044 PJH | Sabenna D. Burgess v. Eli Lilly & Co. |
| CAN 3 | 06-1045 SC | John Sgarlata, et al. v. Eli Lilly & Co. |
| ~~CAN 3~~ | ~~06-1046~~ | ~~Timothy Savage v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| ~~CAN 3~~ | ~~06-1049~~ | ~~Benjamin Wolf v. Eli Lilly & Co.~~ Vacated 5/4/06 |

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 3 of 9

| | | |
|---|---|---|
| CAN 3 | 06-1050 | Howard Grove, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1051 | Anna Andrake, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1052 | Connie L. Zimmerman, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1053 | Patricia D. Sowa, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1054 | Priscilla Shrader v. Eli Lilly & Co. |
| CAN 3 | 06-1056 | Janet Janssen v. Eli Lilly & Co. |
| CAN 3 | 06-1057 | Mary Kathryn Isom, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1058 | Dean Brenner, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1060 | Cathy Strickland, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1061 | Joseph Teleky, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1062 | Brenda Hunter v. Eli Lilly & Co. |
| CAN 3 | 06-1063 | Steven Tomaselli v. Eli Lilly & Co. |
| CAN 3 | 06-1064 | Theresa Trotman v. Eli Lilly & Co. |
| CAN 3 | 06-1076 | Michael D. Raynor, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1077 | Rommell Thompson, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1078 | Noemi Hernandez v. Eli Lilly & Co. |
| CAN 3 | 06-1079 | Wandy Deasy v. Eli Lilly & Co. |
| CAN 3 | 06-1080 | Joe Flores v. Eli Lilly & Co. |
| ~~CAN 3 06-1081~~ | | ~~Dante Barfield v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 3 | 06-1082 | Felipe Flores v. Eli Lilly & Co. |
| CAN 3 | 06-1083 | Jamal G. Treadwell v. Eli Lilly & Co. |
| CAN 3 | 06-1084 | Ward Marks v. Eli Lilly & Co. |
| CAN 3 | 06-1085 | Carroll Vanover v. Eli Lilly & Co. |
| CAN 3 | 06-1086 | Sandy Laverich v. Eli Lilly & Co. |
| CAN 3 | 06-1088 | Alberta Johnson v. Eli Lilly & Co. |
| CAN 3 | 06-1090 | Greg Bauder v. Eli Lilly & Co. |
| CAN 3 | 06-1091 | Linda Soule v. Eli Lilly & Co. |
| CAN 3 | 06-1093 | Pampatha Mitchell, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1096 | Keith Bacon v. Eli Lilly & Co. |
| CAN 3 | 06-1099 | James Fraser v. Eli Lilly & Co. |
| CAN 3 | 06-1100 | Lois Osenga v. Eli Lilly & Co. |
| CAN 3 | 06-1103 | Brandon Holmes v. Eli Lilly & Co. |
| CAN 3 | 06-1106 | Gary Gauthier v. Eli Lilly & Co. |
| CAN 3 | 06-1108 | Leilani Jones v. Eli Lilly & Co. |
| CAN 3 | 06-1110 | Theresa Hill v. Eli Lilly & Co. |
| CAN 3 | 06-1111 | Marguerite Joiner v. Eli Lilly & Co. |
| CAN 3 | 06-1112 | Glenna Rohr v. Eli Lilly & Co. |
| CAN 3 | 06-1113 | Diana Platts v. Eli Lilly & Co. |
| CAN 3 | 06-1116 | Toni Iness v. Eli Lilly & Co. |
| CAN 3 | 06-1117 | Carlos Garcia v. Eli Lilly & Co. |
| CAN 3 | 06-1118 | Jason Skaggs v. Eli Lilly & Co. |
| CAN 3 | 06-1119 | Kimberly Johnson, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1122 | James Thomas v. Eli Lilly & Co. |
| CAN 3 | 06-1123 | Bruce Robinson, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1124 | Jeffrey Hamlet v. Eli Lilly & Co. |
| CAN 3 | 06-1125 | Timothy Miller v. Eli Lilly & Co. |
| CAN 3 | 06-1126 | James Arns v. Eli Lilly & Co. |
| CAN 3 | 06-1127 | Severa Cruz v. Eli Lilly & Co. |
| CAN 3 | 06-1128 | Brian Rickard v. Eli Lilly & Co. |
| CAN 3 | 06-1129 | Peter Klein, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1131 | James J. Duchnowski, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1132 | Jamel Easterly, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1133 | Alvie M. Laver v. Eli Lilly & Co. |
| CAN 3 | 06-1134 | Shirley Eddy v. Eli Lilly & Co. |
| CAN 3 | 06-1135 | Robin Cameron, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1155 | Lisa Robinson, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1156 | Dale Hoblit, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1158 | William C. Briggs, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1159 | Norine Ciaio v. Eli Lilly & Co. |

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                PAGE 4 of 9

CAN 3  06-1160 ᴐᴴᴬ        Yash Kapur v. Eli Lilly & Co. ᴐᴴᴬ
CAN 3  06-1161 ᴹᴴᵀ        Doreen Bell v. Eli Lilly & Co. ᴹᴴᵀ
CAN 3  06-1162 ᴶˢᴐ        William O'brien v. Eli Lilly & Co.
CAN 3  06-1163 ᴹᴹᶜ        Kimberly Hopkins v. Eli Lilly & Co.
CAN 3  06-1164 ˢᶜ         Florence Karolyi v. Eli Lilly & Co.
CAN 3  06-1168 ᴹᴴᵀ        Kathlene Cheriki v. Eli Lilly & Co.
CAN 3  06-1170 ᴾᴶᴴ        Susan Kline v. Eli Lilly & Co.
CAN 3  06-1171 ᴹᴹᶜ        Dennis Muschitz v. Eli Lilly & Co.
CAN 3  06-1172 ˢᴵ         Patricia Banks v. Eli Lilly & Co.
CAN 3  06-1174 ᴾᴶᴴ        David Chismar, et al. v. Eli Lilly & Co.
CAN 3  06-1175 ˢᶜ         Virginia Craig v. Eli Lilly & Co.
~~CAN 3  06-1178~~                ~~Sandra Nyberg, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-1179 ᴶᴵᴐ        Lehman Brownell v. Eli Lilly & Co.
CAN 3  06-1180 ᶜᴐ         Yolanda Araujo v. Eli Lilly & Co.
CAN 3  06-1182 ˢᶜ         Karen Halechko v. Eli Lilly & Co.
CAN 3  06-1184 ᴶˢᴐ        Gerald Garfield, et al. v. Eli Lilly & Co.
CAN 3  06-1185 ᴹᴶˢ        Tyna Bass v. Eli Lilly & Co.
CAN 3  06-1186 ᵀᴱᴴ        Antonio Daniel v. Eli Lilly & Co.
CAN 3  06-1187 ˢᶜ         Pat Miller, et al. v. Eli Lilly & Co.
CAN 3  06-1188 ᴾᴶᴴ        Alberta Oliviri v. Eli Lilly & Co.
CAN 3  06-1190 ˢᴮᴬ        Juawawno Boone v. Eli Lilly & Co.
CAN 3  06-1194 ᵀᴱᴴ        Anne Johnson v. Eli Lilly & Co.
CAN 3  06-1195 ᴹᴶˢ        Paul Matthews v. Eli Lilly & Co.
CAN 3  06-1198 ᴹᴶˢ        Ann Marie Gianetto v. Eli Lilly & Co.
CAN 3  06-1199 ᵀᴱᴴ        Kathy Martin v. Eli Lilly & Co.
~~CAN 3  06-1200~~                ~~Gould Mcclarny v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-1201 ˢᴵ         Waymon Donat v. Eli Lilly & Co.
CAN 3  06-1202 ˢᴮᴬ        Richard Jenkins, et al. v. Eli Lilly & Co.
CAN 3  06-1204 ᴹᴶˢ        Frank Giacomazzo v. Eli Lilly & Co.
CAN 3  06-1206 ᴹᴴᵀ        Letha Russell v. Eli Lilly & Co.
CAN 3  06-1207 ᴹᴴᵀ        Patricia Glenn, et al. v. Eli Lilly & Co.
CAN 3  06-1209 ᵀᴱᴴ        Judith A. Gunnette, et al. v. Eli Lilly & Co.
CAN 3  06-1230 ᴹᴹᶜ        John Bowermaster v. Eli Lilly & Co.
CAN 3  06-1231 ᴾᴶᴴ        Patrick Callaway v. Eli Lilly & Co.
CAN 3  06-1232 ᴶˢᴐ        Mary Lee v. Eli Lilly & Co.
CAN 3  06-1233 ᴾᴶᴴ        Barbara Pupo v. Eli Lilly & Co.
CAN 3  06-1235 ᴹᴶˢ        Iris Wohlt, et al. v. Eli Lilly & Co.
CAN 3  06-1236 ᴾᴶᴴ        Darrel Vail v. Eli Lilly & Co.
CAN 3  06-1237 ᴹᴶˢ        Charles Coffman v. Eli Lilly & Co.
CAN 3  06-1239 ᴹᴹᶜ        Lauree Ward v. Eli Lilly & Co.
CAN 3  06-1240 ᵀᴱᴴ        Patricia Pirotta v. Eli Lilly & Co.
CAN 3  06-1241 ᴹᴴᵀ        Larry Pancher v. Eli Lilly & Co.
CAN 3  06-1242 ᴐᴴᴬ        Jo Marie Santi v. Eli Lilly & Co.
CAN 3  06-1244 ᴱᴰᴸ        Gail F. Cowher v. Eli Lilly & Co.
CAN 3  06-1245 ᴹᴶˢ        Cox v. Eli Lilly & Co.
CAN 3  06-1246 ᴐᴴᴬ        Kenneth Crawford v. Eli Lilly & Co.
CAN 3  06-1263 ᴐᴴᴬ        William J. Crawford v. Eli Lilly & Co.
CAN 3  06-1267 ˢᶜ         Kimberly Santagata, et al. v. Eli Lilly & Co.
CAN 3  06-1269 ˢᴵ         Harrison Sarver, et al. v. Eli Lilly & Co.
CAN 3  06-1270 ᴹᴹᶜ        Rivers v. Eli Lilly & Co.
CAN 3  06-1273 ᴐᴴᴬ        Marianne Capelle, et al. v. Eli Lilly & Co.
CAN 3  06-1274 ᴶˢᴐ        Kathleen Mark, et al. v. Eli Lilly & Co.
CAN 3  06-1281 ᴶˢᴐ        Scott M. Tucker v. Eli Lilly & Co.
CAN 3  06-1282 ˢᶜ         Nancy L. French v. Eli Lilly & Co.
CAN 3  06-1293 ˢᴰ         Michael J. Watkins v. Eli Lilly & Co.
CAN 3  06-1294 ᴶˢᴐ        Gerald L. Fletcher v. Eli Lilly & Co.
CAN 3  06-1297 ᵀᴱᴴ        Pamela A. Pence, et al. v. Eli Lilly & Co.
CAN 3  06-1299 ˢᶜ         Ashraf M. Hashmi v. Eli Lilly & Co.
~~CAN 3  06-1308~~                ~~Manford Hanson v. Eli Lilly & Co.~~ Vacated 5/4/06

Case 3:06-cv-01477-MJJ   Document 5   Filed 09/22/06   Page 7 of 13
Case 1:04-md-01596-JBW-RLM   Document 567   Filed 05/19/2006   Page 7 of 13

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 5 of 9

CAN 3  06-1310  Wesley Kirby v. Eli Lilly & Co.
CAN 3  06-1312  Beth Smith, et al. v. Eli Lilly & Co.
~~CAN 3  06-1313  Leilani Jones v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-1320  Josie L. Murray v. Eli Lilly & Co.
CAN 3  06-1327  Beatrice L. Elserougi v. Eli Lilly & Co.
CAN 3  06-1328  Valerie J. Mirabile v. Eli Lilly & Co.
CAN 3  06-1330  Larry Reyes v. Eli Lilly & Co.
CAN 3  06-1333  Kathleen A. Hawk v. Eli Lilly & Co.
CAN 3  06-1334  Robert Koch v. Eli Lilly & Co.
CAN 3  06-1339  Ernestine Bowyer v. Eli Lilly & Co.
CAN 3  06-1340  Airetta P.J. Becica v. Eli Lilly & Co.
CAN 3  06-1343  Marie D. Price v. Eli Lilly & Co.
CAN 3  06-1344  Lawrence Segers, Jr. v. Eli Lilly & Co.
CAN 3  06-1354  Rick Alldrin, et al. v. Eli Lilly & Co.
CAN 3  06-1356  Lionel Arms, et al. v. Eli Lilly & Co.
CAN 3  06-1373  Judith A. Stanley v. Eli Lilly & Co.
CAN 3  06-1374  Donna M. Strasburger v. Eli Lilly & Co.
~~CAN 3  06-1376  Richard Keith, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-1379  Deborah A. Couch v. Eli Lilly & Co.
CAN 3  06-1382  Donald R. Dimartino v. Eli Lilly & Co.
~~CAN 3  06-1387  Wesley Kirby v. Eli Lilly & Co.~~ Vacated 5/17/06
CAN 3  06-1388  Shirley M. Cogley-Baker, et al. v. Eli Lilly & Co.
CAN 3  06-1389  Brandy S. Morgan v. Eli Lilly & Co.
CAN 3  06-1392  Donna L. Wojnovich v. Eli Lilly & Co.
CAN 3  06-1393  Caren L. Wilson v. Eli Lilly & Co.
CAN 3  06-1396  Charlene West v. Eli Lilly & Co.
CAN 3  06-1397  Mary Senf v. Eli Lilly & Co.
CAN 3  06-1398  Nancy L. Axe v. Eli Lilly & Co.
CAN 3  06-1400  Judy M. Fisher v. Eli Lilly & Co.
CAN 3  06-1401  Azie Gould Mcclardy v. Eli Lilly & Co.
CAN 3  06-1404  Robert Young v. Eli Lilly & Co.
CAN 3  06-1405  Peter Williams v. Eli Lilly & Co.
CAN 3  06-1406  Marlene Rogala v. Eli Lilly & Co.
CAN 3  06-1432  Shantell Wade-Herbert, et al. v. Eli Lilly & Co.
CAN 3  06-1433  Evelina Zollicoffer, et al. v. Eli Lilly & Co.
CAN 3  06-1435  David R. Werner v. Eli Lilly & Co.
CAN 3  06-1437  Earnest L. Davis v. Eli Lilly & Co.
CAN 3  06-1439  Joann Philbin, et al. v. Eli Lilly & Co.
CAN 3  06-1442  Barrett v. Eli Lilly & Co.
CAN 3  06-1443  Carol A. Bartlett v. Eli Lilly & Co.
CAN 3  06-1457  Howard Thompson, et al. v. Eli Lilly & Co.
CAN 3  06-1458  Bernadine A. Bienias v. Eli Lilly & Co.
CAN 3  06-1460  Richard A. Hernandez v. Eli Lilly & Co.
CAN 3  06-1462  Sandra M. Johnson v. Eli Lilly & Co.
CAN 3  06-1465  Heber Olsen, et al. v. Eli Lilly & Co.
CAN 3  06-1466  James Cutter v. Eli Lilly & Co.
CAN 3  06-1467  Adnan Tuncel v. Eli Lilly & Co.
CAN 3  06-1468  Shirley A. Jones v. Eli Lilly & Co.
CAN 3  06-1469  Zackarius E. Kleinsasser v. Eli Lilly & Co.
CAN 3  06-1472  Damon L. Dowdell v. Eli Lilly & Co.
CAN 3  06-1473  Jennifer L. Kebler v. Eli Lilly & Co.
CAN 3  06-1476  Linda K. Hartle v. Eli Lilly & Co.
CAN 3  06-1477  Oradean Foster v. Eli Lilly & Co.
CAN 3  06-1479  Maurice Looney v. Eli Lilly & Co.
CAN 3  06-1480  Andrew J.w. Walker v. Eli Lilly & Co.
CAN 3  06-1481  Gregory Knight v. Eli Lilly & Co.
CAN 3  06-1482  Harriet F. Haughiout v. Eli Lilly & Co.
CAN 3  06-1484  Mary E. Hunter v. Eli Lilly & Co.
CAN 3  06-1486  Marvette L. Keys v. Eli Lilly & Co.

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                     PAGE 6 of 9

CAN 3  06-1487  PJH          Dino S. Catlin v. Eli Lilly & Co.
CAN 3  06-1489  WHA          William S. Sutterer v. Eli Lilly & Co.
CAN 3  06-1490  MJJ          Sarah M. Tanner, et al. v. Eli Lilly & Co.
CAN 3  06-1491  MMC          Robert Zimmerman v. Eli Lilly & Co.
CAN 3  06-1493  MHP          David Martinez v. Eli Lilly & Co.
CAN 3  06-1494  SC           Sandy Fry v. Eli Lilly & Co.
CAN 3  06-1495  JSW          Larry M. Call v. Eli Lilly & Co.
CAN 3  06-1497  MJJ          Stephen La Joie, et al. v. Eli Lilly & Co.
CAN 3  06-1525  JSW          Angela Overeynder, et al. v. Eli Lilly & Co.
CAN 3  06-1527  SC           Richard Frentz v. Eli Lilly & Co.
CAN 3  06-1530  SC           Joel Feser v. Eli Lilly & Co.
~~CAN 3  06-1532~~              ~~Gerald Garfield, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-1533  JSW          Eric Padgett v. Eli Lilly & Co.
~~CAN 3  06-1534~~              ~~Alberta Johnson v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-1537  MJJ          Karen Broughton v. Eli Lilly & Co.
CAN 3  06-1538  MMC          Kathleen Deitchler, et al. v. Eli Lilly & Co.
CAN 3  06-1540  MMC          Marla Barton v. Eli Lilly & Co.
CAN 3  06-1542  TEH          Jacob Reed, et al. v. Eli Lilly & Co.
CAN 3  06-1543  MJJ          William Maloney v. Eli Lilly & Co.
CAN 3  06-1544  JSW          Connie E. Mcclintock v. Eli Lilly & Co.
CAN 3  06-1547  MMC          Barbara Lanini v. Eli Lilly & Co.
CAN 3  06-1548  SC           Sari Gehrke, et al. v. Eli Lilly & Co.
CAN 3  06-1549  WHA          Tyrone Jeter v. Eli Lilly & Co.
CAN 3  06-1550  MHP          Duane A. Tillman v. Eli Lilly & Co.
CAN 3  06-1552  SI           Deborah Winfrey v. Eli Lilly & Co.
CAN 3  06-1553  SI           Blondean Sims v. Eli Lilly & Co.
CAN 3  06-1554  PJH          Edward Jones v. Eli Lilly & Co.
CAN 3  06-1556  PJH          Allegra M. Weaver v. Eli Lilly & Co.
CAN 3  06-1559  SC           Jane R. Evans v. Eli Lilly & Co.
CAN 3  06-1562  WHA          David Bell v. Eli Lilly & Co.
CAN 3  06-1563  JSW          Dorothy Sheppard v. Eli Lilly & Co.
CAN 3  06-1565  PJH          Lucy Martinez, et al. v. Eli Lilly & Co.
CAN 3  06-1566  MMC          Troy R. Geddis v. Eli Lilly & Co.
CAN 3  06-1567  WHA          Georgette M. Mcbride v. Eli Lilly & Co.
CAN 3  06-1605  MHP          Mary Deschenes, et al. v. Eli Lilly & Co.
CAN 3  06-1606  MJJ          Laurice Kory, et al. v. Eli Lilly & Co.
CAN 3  06-1611  SI           Michelle Medlin v. Eli Lilly & Co.
CAN 3  06-1613  SI           Erin Linn Goodpasture v. Eli Lilly & Co.
CAN 3  06-1614  SI           Donna Cuadrez, et al. v. Eli Lilly & Co.
CAN 3  06-1615  CW           Gary Osborne v. Eli Lilly & Co.
CAN 3  06-1618  SI           Rhonda Abtahi v. Eli Lilly & Co.
CAN 3  06-1620  SI           Gerald Boehmer, et al. v. Eli Lilly & Co.
CAN 3  06-1622  SI           Jacqueline Lipka v. Eli Lilly & Co.
CAN 3  06-1623  SI           Jim Aldine, et al. v. Eli Lilly & Co.
CAN 3  06-1624  SI           Donna Taylor v. Eli Lilly & Co.
CAN 3  06-1625  SI           Nicholas Gonzales v. Eli Lilly & Co.
~~CAN 3  06-1626~~              ~~Ann Dutton v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-1627  SI           Eddie Ray Harris v. Eli Lilly & Co.
CAN 3  06-1628  SI           Carl M. Eisaman v. Eli Lilly & Co.
CAN 3  06-1643  SI           James Graham, et al. v. Eli Lilly & Co.
CAN 3  06-1644  SI           Wayne Dixon, et al. v. Eli Lilly & Co.
CAN 3  06-1692  EMC          Deborah A. King v. Eli Lilly & Co.
CAN 3  06-1693  MHP          Antoinette C. Smith v. Eli Lilly & Co.
CAN 3  06-1697  MHP          Eleanor E. Pugliese v. Eli Lilly & Co.
CAN 3  06-1699  SC           James D. Fusner v. Eli Lilly & Co.
CAN 3  06-1701  SI           Richard B. Slater, Jr. v. Eli Lilly & Co.
CAN 3  06-1702  MMC          Marcella L. Lowry v. Eli Lilly & Co.

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 7 of 9

CAN 3  06-1705 SC        Donald D. Hetrick v. Eli Lilly & Co.
CAN 3  06-1706 JSW       Carol S. Buvoltz v. Eli Lilly & Co.
CAN 3  06-1708           Gerald L. Fletcher v. Eli Lilly & Co. Vacated 5/17/06
CAN 3  06-1709 SI        Ronald J. Elardo, et al. v. Eli Lilly & Co.
CAN 3  06-1712 WHA       Beverly Sikora, et al. v. Eli Lilly & Co.
CAN 3  06-1757           Linda L. Nevel v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  06-1758 SC        Gina Mcdonald v. Eli Lilly & Co.
CAN 3  06-1761 MHP       Tracy K. Mueller v. Eli Lilly & Co.
CAN 3  06-1770 SI        Madeline Elsener v. Eli Lilly & Co.
CAN 3  06-1787 MJJ       Joe Stevenson, et al. v. Eli Lilly & Co.
CAN 3  06-1788 MJJ       Helene M. Lotka v. Eli Lilly & Co.
CAN 3  06-1819 SC        Don Wilson v. Eli Lilly & Co.
CAN 3  06-1825 WHA       Darren A. Wimley v. Eli Lilly & Co.
CAN 3  06-1847 PJH       Shireen L. Thomas, et al. v. Eli Lilly & Co.
CAN 3  06-1852 MJJ       Curtis C. Tomkins v. Eli Lilly & Co.
CAN 3  06-1856 PJH       Irish G. Whaley v. Eli Lilly & Co.
CAN 3  06-1859 MJJ       Conrad F. Sammet, Jr. v. Eli Lilly & Co.
CAN 3  06-1860 SI        Brandy L. Rooks, et al. v. Eli Lilly & Co.
CAN 3  06-1931 JSW       Jorenda Bolden v. Eli Lilly & Co.
CAN 3  06-2038           Helene M. Lotka v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  06-2188           Timothy Johnson, et al. v. Eli Lilly & Co., et al. Opposed 5/17/06
CAN 3  06-2283 WHA       Johnnena Washington v. Eli Lilly & Co.
CAN 3  06-2385           Russel Woodrow, et al. v. Eli Lilly & Co. Opposed 5/17/06
CAN 3  06-2386           John Grant, et al. v. Eli Lilly & Co., et al. Opposed 5/17/06
CAN 3  06-2398 MHP       Duane Inks v. Eli Lilly & Co.
CAN 3  06-2399 MJJ       Eunice Asher v. Eli Lilly & Co.
CAN 3  06-2420 JSW       Eiraje Hajebi, et al. v. Eli Lilly & Co., et al.
CAN 3  06-2421 JSW       David Engstrom, et al. v. Eli Lilly & Co., et al.
CAN 3  06-2489           Andra Alexander, et al. v. Eli Lilly & Co., et al. Opposed 5/17/06
CAN 3  06-2609 MJJ       Eric John Hornisher, et al. v. Eli Lilly & Co.
CAN 4  05-4831.          Don Pledger, et al. v. Eli Lilly & Co.
CAN 4  05-4894           Tonya Alexander v. Eli Lilly & Co.
CAN 4  05-5097           Cynthia Akins, et al. v. Eli Lilly & Co. Vacated 5/4/06
CAN 4  05-5098           Shannon La'Rocque v. Eli Lilly & Co. Vacated 5/4/06
CAN 4  05-5099           Timothy O'neill v. Eli Lilly & Co.
CAN 4  05-5148           Mark Sewell v. Eli Lilly & Co.
CAN 4  05-5151           Tammy Kelly, et al. v. Eli Lilly & Co.
CAN 4  05-5291           Alberta Smiley-Harris v. Eli Lilly & Co.
CAN 4  05-5292           Denine Cook v. Eli Lilly & Co.
CAN 4  06-8             Jerry Lee Ginn, et al. v. Eli Lilly & Co.
CAN 4  06-39            Viola Ward v. Eli Lilly & Co.
CAN 4  06-250           David Sensenig v. Eli Lilly & Co.
CAN 4  06-893           George Carmack v. Eli Lilly & Co.
CAN 4  06-906           Franklin Fraley v. Eli Lilly & Co.
CAN 4  06-954           Patsy Shows v. Eli Lilly & Co.
CAN 4  06-973           Sidney Carson, et al. v. Eli Lilly & Co.
CAN 4  06-974           Patricia Grillot v. Eli Lilly & Co.
CAN 4  06-977           Daniel Lemke v. Eli Lilly & Co.
CAN 4  06-980           Natalie Summers v. Eli Lilly & Co.
CAN 4  06-985           Ruth Porter, et al. v. Eli Lilly & Co.
CAN 4  06-988           Ronald Kemp v. Eli Lilly & Co.
CAN 4  06-993           Steven Dektor v. Eli Lilly & Co.
CAN 4  06-1022          Martha Meyer, et al. v. Eli Lilly & Co.
CAN 4  06-1030          John Luthy v. Eli Lilly & Co.
CAN 4  06-1032          James P. Ledney, et al. v. Eli Lilly & Co.
CAN 4  06-1038          Hazel Blumenschein v. Eli Lilly & Co.
CAN 4  06-1048          Dante Barfield v. Eli Lilly & Co.
CAN 4  06-1055          Faye Montgomery v. Eli Lilly & Co.
CAN 4  06-1059          Dennis Taylor, et al. v. Eli Lilly & Co.

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 8 of 9

| | | |
|---|---|---|
| CAN 4 | 06-1087 | Maria Jordan v. Eli Lilly & Co. |
| CAN 4 | 06-1089 | Maria Mercado v. Eli Lilly & Co. |
| CAN 4 | 06-1097 | John Popielarcheck, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1102 | Michelle Auger v. Eli Lilly & Co. |
| CAN 4 | 06-1107 | Manford Hanson v. Eli Lilly & Co. |
| CAN 4 | 06-1115 | Shultz, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1121 | Mandy Brown v. Eli Lilly & Co. |
| CAN 4 | 06-1130 | Heather Duff v. Eli Lilly & Co. |
| CAN 4 | 06-1157 | Sharon Lavas v. Eli Lilly & Co. |
| CAN 4 | 06-1165 | Gregory Kelker v. Eli Lilly & Co. |
| CAN 4 | 06-1167 | Linda Martorana v. Eli Lilly & Co. |
| CAN 4 | 06-1169 | Mamie Hurt v. Eli Lilly & Co. |
| CAN 4 | 06-1173 | Fern Malayeco v. Eli Lilly & Co. |
| CAN 4 | 06-1176 | Fred Botos, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1181 | William Cossick v. Eli Lilly & Co. |
| CAN 4 | 06-1183 | James Bacon v. Eli Lilly & Co. |
| CAN 4 | 06-1189 | Jesse Frausto, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1192 | John Ondo v. Eli Lilly & Co. |
| CAN 4 | 06-1196 | Robert Hawkins v. Eli Lilly & Co. |
| CAN 4 | 06-1197 | Maxine Burkley v. Eli Lilly & Co. |
| CAN 4 | 06-1203 | Andrea Mendoza v. Eli Lilly & Co. |
| CAN 4 | 06-1205 | Deb Osburn, et al. v. Eli Lilly & Co. |
| ~~CAN 4~~ | ~~06-1234~~ | ~~John Luthy v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 4 | 06-1238 | Ernest Chaves v. Eli Lilly & Co. |
| CAN 4 | 06-1243 | Robert Campbell v. Eli Lilly & Co. |
| CAN 4 | 06-1271 | Rosa A. Hoffman, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1272 | Bonnie Hall, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1298 | Kenneth F. Gibson v. Eli Lilly & Co. |
| ~~CAN 4~~ | ~~06-1309~~ | ~~Maria Mercado v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 4 | 06-1324 | Milan J. Veres, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1325 | Mensenia E. Deloach v. Eli Lilly & Co. |
| CAN 4 | 06-1338 | Linda R. Linn v. Eli Lilly & Co. |
| CAN 4 | 06-1360 | Gwen Davis, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1372 | Beth M. Seigenfuse v. Eli Lilly & Co. |
| CAN 4 | 06-1375 | Tracy E. Reed v. Eli Lilly & Co. |
| CAN 4 | 06-1378 | Charles Weldon, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1381 | Tyrone Johnson v. Eli Lilly & Co. |
| CAN 4 | 06-1386 | Gurley E. Glenn v. Eli Lilly & Co. |
| CAN 4 | 06-1391 | Florence B. Perry v. Eli Lilly & Co. |
| CAN 4 | 06-1450 | Sandra J. Forbes v. Eli Lilly & Co. |
| CAN 4 | 06-1451 | Rafael A. Beltran v. Eli Lilly & Co. |
| CAN 4 | 06-1452 | Ida L. Hollis v. Eli Lilly & Co. |
| CAN 4 | 06-1455 | Mary G. Chenger, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1456 | Patricia Murnin, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1459 | Mary E. Jones v. Eli Lilly & Co. |
| CAN 4 | 06-1461 | David R. Carroll v. Eli Lilly & Co. |
| CAN 4 | 06-1471 | Frank J. Young v. Eli Lilly & Co. |
| CAN 4 | 06-1478 | Joann C. Moffitt v. Eli Lilly & Co. |
| CAN 4 | 06-1496 | Dranoel E. Browne v. Eli Lilly & Co. |
| CAN 4 | 06-1498 | Karla Tomastik v. Eli Lilly & Co. |
| CAN 4 | 06-1501 | Tracy L. Ayers v. Eli Lilly & Co. |
| CAN 4 | 06-1536 | Noreen Corduck, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1539 | Edward Truitt v. Eli Lilly & Co. |
| CAN 4 | 06-1546 | Eugene R. Davis v. Eli Lilly & Co. |
| CAN 4 | 06-1560 | Borys Bohonik v. Eli Lilly & Co. |
| CAN 4 | 06-1561 | Heather M. Cherry-Wodja, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1569 | Marcus L. Guy v. Eli Lilly & Co. |
| CAN 4 | 06-1607 | Barbara Murray, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1694 | Toritha D. Ewell v. Eli Lilly & Co. |

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 9 of 9

| | | |
|---|---|---|
| CAN 4 06-1696 | David Barton Thomas v. Eli Lilly & Co. | |
| CAN 4 06-1704 | Tracy L. Jones Hayman v. Eli Lilly & Co. | |
| CAN 4 06-1707 | Kathlyn M. Wilkerson-Smith v. Eli Lilly & Co. | |
| ~~CAN 4 06-1765~~ | ~~Nellie G. Sarver v. Eli Lilly & Co.~~ Vacated 5/4/06 | |
| CAN 4 06-1827 | Norma L. Terry v. Eli Lilly & Co. | |
| CAN 4 06-1844 | Jason Tsangaris v. Eli Lilly & Co. | |
| ~~CAN 4 06-2384~~ | ~~Saundra Burns, et al. v. Eli Lilly & Co., et al.~~ Opposed 5/17/06 | |

**INVOLVED COUNSEL LIST (CTO-49)**
**DOCKET NO. 1596**
**IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION**

Samuel J. Abate, Jr.
McCarter & English, L.L.P.
245 Park Avenue, 27th Floor
New York, NY 10167

Thomas F. Campion, Jr.
Drinker, Biddle & Reath, L.L.P.
500 Campus Drive
Florham Park, NJ 07932-1047

Phillip K. Cohen
Murphy, Rosen & Cohen
100 Wilshire Boulevard
Suite 700
Santa Monica, CA 90401-1142

Colleen T. Davies
Reed Smith, LLP
1999 Harrison Street, Suite 2400
P.O. Box 2084
Oakland, CA 94604-2084

Joshua C. Ezrin
Alexander, Hawes & Audet, LLP
300 Montgomery Street
Suite 400
San Francisco, CA 94104

Nina M. Gussack
Pepper, Hamilton, LLP
3000 Two Logan Square
18th & Arch Street
Philadelphia, PA 19103-2799

Jeffrey A. Kaiser
Levin, Simes & Kaiser, LLP
1 Bush Street
14th Floor
San Francisco, CA 94104-4425

Adel Nadji
Alexander, Hawes & Audet, LLP
221 Main Street
Suite 1460
San Francisco, CA 94105

Christopher A. Seeger
Seeger Weiss, LLP
550 Broad Street
Suite 920
Newark, NJ 07102

E. G. Stanley
728 Texas Street
Fairfield, CA 94533

Jeffrey M. Tillotson
Lynn, Tillotston & Pinker, LLP
750 N. St. Paul Street
Suite 1400
Dallas, TX 75201

James M. Wood
Reed Smith, LLP
1999 Harrison Street, 22nd Floor
Oakland, CA 94612

## INVOLVED JUDGES LIST (CTO-49)
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

Hon. William H. Alsup
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Hon. Saundra Brown Armstrong
U.S. District Judge
400-S Ronald V. Dellums
Federal Building
1301 Clay Street
Oakland, CA 94612-5212

Hon. Wayne D. Brazil
United States District Court
Ronald V. Dellums Federal Building
3rd Floor
1301 Clay Street
Oakland, CA 94612-5217

Hon. Charles R. Breyer
U.S. District Judge
Phillip Burton U.S. Courthouse
Suite 19-6618
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Edward M. Chen
U.S. Magistrate Judge
Phill Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102

Hon. Maxine M. Chesney
U.S. District Judge
Phillip Burton U.S. Courthouse
19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Samuel Conti
Senior U.S. District Judge
U.S. District Court
P.O. Box 36060
San Francisco, CA 94102-3434

Hon. Phyllis J. Hamilton
U.S. District Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102-3489

Hon. Thelton E. Henderson
Senior U.S. District Judge
19-5356 Phillip Burton
U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Hon. Susan Yvonne Illston
U.S. District Judge
Phillip Burton U.S. Courthouse
Suite 19-5424
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Maria-Elena James
U.S. Magistrate Judge
15-5698 Phillip Burton
U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

Hon. Martin J. Jenkins
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Ave.
San Francisco, CA 94102-3434

Hon. Elizabeth D. Laporte
U.S. Magistrate Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue, 15th Floor
San Francisco, CA 94102

Hon. James L. Larson
U.S. Magistrate Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
P.O. Box 36060
San Francisco, CA 94102-3489

Hon. Marilyn Hall Patel
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3661

Hon. Joseph C. Spero
U.S. Magistrate Judge
Philip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Hon. Jeffrey S. White
U.S. District Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102-3489

Hon. Claudia Wilken
U.S. District Judge
Ronald V. Dellums Federal Building
Suite 400 South
1301 Clay Street
Oakland, CA 94612-5212

Hon. Bernard Zimmerman
U.S. Magistrate Judge
Philip Burton U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102